UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

FILED
OCT 1 2015
CLERK, US DISTRICT COURT
NORFOLK, VA

ING BANK, N.V.

vs.                                 Civil/Criminal Action No. 2:15cv437

M/V AFRICAN SWAN, IMO No. 9303364, MUR SHIPPING BV, AND
MUR SHIPPING HOLDINGS, BV

### FINANCIAL INTEREST DISCLOSURE STATEMENT

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for ING BANK, N.V. in the above captioned action, certifies that the following are parents, trusts, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public or own more than ten percent of the stock of the following:
ING GROEP N.V. publicly traded on the New York Stock Exchange and the European Exchange

Or

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for

in the above captioned action, certifies that the following are parties in the partnerships, general or limited, or owners or members of non-publicly traded entities such as LLCs or other closely held entities:

Or

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualifications or recusal, the undersigned counsel for

in the above captioned action, certifies that there are no parents, trusts, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public.

10-01-15
Date

Signature of Attorney or Litigant
Counsel for ING BANK, N.V., plaintiff

Rev. 7/14/04