

M/V AFRICAN SWAN
AND/OR OWNERS/CHARTERERS

MUR Shipping BV.
(Incorporated in The Netherlands)
P.O. Box 8370
Johannesburg, ZA-2000
South Africa

PORT: PENGLAI
YOUR REFERENCE:

DATE OF INVOICE : 29. October 2014

INVOICE NO : 129-19442

ORDER NO. : 129-18896

DATE OF SUPPLY : 29. October 2014

DUE DATE : 28. November 2014

| Quantity supplied | Quality/description | Price/per | Invoice amount |
|---|---|---|---|
| 735,000 MT | Fueloil 380 CST | 515,75 MT | 379.076,25 |

Your VAT No.
Our VAT No.

VAT Amount USD 0,00
Total USD 379.076,25

The prices are excl. all taxes and/or other fees.

**TERMS OF PAYMENT** 30 days from date of delivery With value date not later than DUE DATE or previous working day when it is a holiday. In case of delays in payment interest will be charged in accordance with our valid General Terms and Conditions

**BANK:** ING Bank N.V.

**ACCOUNT:** IBAN: NL26 INGB 0020 1180 31   USD and all other currencies
IBAN: NL10 INGB 0651 3696 81   EUR

SWIFT: INGBNL2A

**O.W. BUNKER MIDDLE EAST DMCC**
PO Box 486052, Dubai
United Arab Emirates
AE-40000 Dubai

+971 44484244
+971 44327587

dubai@owbunker.ae

Per telegraphic transfer directly to our account without deduction
of bank charges which are for buyers account.

EXHIBIT D